UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Natasha J. Ryan,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendants.

No. 1:26-cv-3887-GSA

ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS WITHIN 90 DAYS AND DIRECTING THE CLERK TO EFFECTUATIVE SERVICE

Defendant moves to dismiss without prejudice due to the fact that Plaintiff's complaint acknowledges she has not yet received a final determination from the Social Security Administration.

Plaintiff is **DIRECTED** to respond to Defendant's motion to dismiss with 90 days of receipt of Defendant's Motion to Dismiss and this order.

The Clerk is **DIRECTED** to serve Defendant's motion, ECF No. 8, and this order on Plaintiff at the address reflected on the docket.

IT IS SO ORDERED.

Dated: **July 11, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE